IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 13-05036-06-CR-SW-MDH |
| ) | |
| ABRAHAM CAZARES, ) | |
| ) | |
| Defendant. ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND**
**ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One contained in the Information filed on August 31, 2015, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　*s/Douglas Harpool*
　　　　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Date:　September 18, 2015